I Adrian Maciel am setting here in the Hale County jail, be charged with twice for Criminal mischief & Burglary of habitation the dates were 9-01-23 to 10-19-23 wich to my understanding I was already signed for time served. Case # B22594-2404.

I feel like Officer Bud Jon & Officer Jesus Ortiz are trying to charge me twice for the same charges.

Can you please help me and give me some kind of advice apone this matter please & Thank you.

Adrian Maciel



Adrian Maciel #40790
Hale County Jail
900 S. Columbia
Plainview, Texas

INDIGENT

RECEIVED
DEC 27 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
1205 Texas Ave #209
Lubbock, Texas 79401

✱ Legal Mail ✱